Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Oscar Bernal; and Ekatherina Bernal;<br><br>        Plaintiffs,<br><br>v.<br><br>Asset Acceptance LLC;<br><br>        Defendant. | No.<br><br>**COMPLAINT**<br><br>(Jury Trial Demanded) |

### I. Preliminary Statement

1. Plaintiffs bring this action for damages based upon Defendant's violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq*. Plaintiffs seek recovery of statutory damages, actual damages, costs and attorney's fees.

### II. JURISDICTION

2. Jurisdiction of this Court, over this action and the parties herein, arises under 15 U.S.C. § 1692k(d) (FDCPA), and 28 U.S.C. § 1331. Venue lies

in the Tucson Division of the District of Arizona as Plaintiffs' claims arose from acts of the Defendant perpetrated therein.

## III. PARTIES

3. Plaintiffs reside in Maricopa County, Arizona.
4. Plaintiffs are natural persons allegedly obligated to pay a debt.
5. Plaintiffs are "consumers" as that term is defined by FDCPA § 1692a(3).
6. Defendant Asset Acceptance LLC is a Delaware limited liability company doing business in Arizona (hereinafter "Asset").
7. Asset collects or attempts to collect debts owed or asserted to be owed or due another, or debt which it has purchased after default.
8. Asset is a "debt collector" as that term is defined by FDCPA § 1692a(6).

## IV. Factual Allegations

9. In or about 1998, Plaintiffs opened a credit card account with Navy Federal Credit Union ("NFCU").
10. The NFCU debt was incurred for family, personal or household purposes.
11. The NFCU account subsequently went into default in March 2005, or no later than November 6, 2006.
12. On November 7, 2012, Asset filed suit against Plaintiffs in the Hassayampa Justice Court, in Maricopa County, Arizona in order to collect on the alleged debt.
13. In the justice court suit, Asset alleges that it is the assignee of the NFCU account, and that Plaintiffs owe $1,605 plus accrued interest, court costs, and attorney's fees.
14. At the time Asset filed the justice court law suit, it knew, or should have known, that the applicable statute of limitations had run, and that the

1 alleged debt it was attempting to collect was stale.

2 15. In order to defend the justice court case, Plaintiffs hired legal counsel and incurred legal fees and court costs.

16. As a result and proximate cause of Asset filing the law suit against Plaintiffs, Plaintiffs have suffered actual damages including out of pocket expenses connected with defending the law suit, anxiety, worry, embarrassment, humiliation, and other emotional distress.

## V. Causes of Action

### a. Fair Debt Collection Practices Act

17. Plaintiffs repeat, reallege, and incorporate by reference the foregoing paragraphs.

18. Defendant's violations of the FDCPA include, but are not necessarily limited to, 15 U.S.C. §§ 1692e, 1692e(2)(A), 1692e(5), 1692e(8), 1692e(10), 1692f, 1692f(1), and 1692g.

19. As a direct result and proximate cause of Defendant's actions in violation of the FDCPA, Plaintiffs have suffered actual damages.

## VI. DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial on all issues so triable.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request that judgment be entered against Defendant for:

    a) Actual damages under the FDCPA;

    b) Statutory damages under the FDCPA;

    c) Costs and reasonable attorney's fees pursuant to the FDCPA; and

    d) Such other relief as may be just and proper.

DATED  May 30, 2013  .

    s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs