IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

OSCAR BERNAL and EKATHERINA BERNAL,

          Plaintiffs,

vs.

ASSET ACCEPTANCE, LLC,

          Defendant.

No. 2:13-cv-1093-HRH

O R D E R

Case Dismissed

    Plaintiffs and defendant having stipulated to dismissal of this action with prejudice,[1] and good cause appearing,

    IT IS HEREBY ORDERED dismissing this action with prejudice, each party to bear their own attorney's fees and costs.

    DATED at Anchorage, Alaska, this  4th  day of September, 2013.

                                  /s/ H. Russel Holland
                                  United States District Judge

---

[1] Docket No. 14.